UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN J. EDELSTEIN,<br><br>          Plaintiff,<br><br>v.<br><br>LUCAS BRAND EQUITY, LLC,<br>HYD USA, LLC, and JAY LUCAS,<br><br>          Defendants. | :<br>:   CASE NO.: 3:16-cv-01353 (WWE)<br>:<br>:<br>:<br>:<br>:<br>:   SEPTEMBER 8, 2016<br>:<br>: |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO PLEAD

Defendants Lucas Brand Equity, LLC, HYD USA, LLC, and Jay Lucas (collectively "defendants") respectfully move pursuant to D. Conn. L. Civ. R. 7(b) for an Order extending defendants' time to plead in the above-captioned case, *nunc pro tunc*, by thirty (30) days, or until October 5, 2016. The requested extension is necessitated by the fact that counsel was only recently retained, having entered an appearance on September 7, 2016, and requires time to familiarize himself with the case, consult with defendants, and formulate a responsive pleading.

This is defendants' first request for an extension of time to plead. Counsel for plaintiff has been consulted and indicated he has no objection to the instant motion.

                                  Respectfully submitted,

                                  DEFENDANTS,
                                  LUCAS BRAND EQUITY, LLC,
                                  HYD USA, LLC, AND JAY LUCAS

                                By: _____
                                  Lawrence Peikes (ct07913)
                                  lpeikes@wiggin.com
                                  WIGGIN AND DANA LLP
                                  Its Attorneys
                                  Two Stamford Plaza
                                  281 Tresser Boulevard
                                  Stamford, CT 06901
                                  (203) 363-7600
                                  (203) 363-7676 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of September, 2016, a copy of the foregoing Defendants' Motion for Extension of Time to Plead was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____
Lawrence Peikes (ct07913)

26014\1\3536174.v1