UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STEVEN J. EDELSTEIN** | : | **CIVIL ACTION NO.:** |
|    Plaintiff | : | |
| | : | 3:16-cv-01353 (WWE) |
| v. | : | |
| | : | |
| **LUCAS BRAND EQUITY, LLC,** | : | |
| **HYD USA, LLC, AND JAY LUCAS** | : | |
|    Defendants | : | **DECEMBER 16, 2016** |

## MOTION FOR LEAVE TO AMEND COMPLAINT AND TO JOIN PARTY DEFENDANT

Pursuant to Rule 15 and 20(a) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves for permission to file his Second Amended Complaint and to join Karen Ballou ("Ballou"), an individual and a resident of New York as a Defendant in this action for all of the reasons set forth in the Memorandum of Law filed herewith.

                                      PLAINTIFF,
                                      STEVEN EDELSTEIN

                            By: _____/s/_ Magdalena B. Wiktor_____
                                 Magdalena B. Wiktor (CT28647)
                                 Madsen, Prestley & Parenteau, LLC
                                 105 Huntington Street
                                 New London, CT 06320
                                 (860) 442-2466 – Telephone
                                 (860) 447-9206 – Facsimile
                                 Attorneys for the Plaintiff
                                 mwiktor@mppjustice.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on this 16th day of December, 2016, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                        _s/_____
                                                        Magdalena B. Wiktor