UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN J. EDELSTEIN : | CIVIL ACTION NO.: 3:16-cv-01353 (WWE) |
|         Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LUCAS BRAND EQUITY, LLC, : | |
| HYD USA, LLC, AND JAY LUCAS : | |
| : | FEBRUARY 1, 2017 |
|         Defendants. : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. P. 7(e), the undersigned respectfully moves to withdraw as counsel of record for defendants Lucas Brand Equity, LLC, HYD USA, LLC, and Jay Lucas (collectively "defendants") in the above-captioned case. In support of this Motion, the undersigned states that defendants have elected to retain new counsel to represent their interests in the litigation, namely Brian Lehman, Esq. of New York and Kathryn R. Sylvester, Esq., a member of the Bar of this Court. On January 31, 2017, Attorney Sylvester entered an appearance on behalf of defendants [Doc. No. 27]. It is my understanding that Attorney Sylvester will be moving for Attorney Lehman's admission *pro hac vice* so that he may represent defendants as her co-counsel.

In accordance with the requirements of D. Conn. L. Civ. P. 7(e), the undersigned has notified defendants in writing of his intention to withdraw as counsel, in accordance with defendants' wishes.

The undersigned therefore respectfully requests that the Court grant the instant motion to withdraw.

Respectfully submitted,

DEFENDANTS,
LUCAS BRAND EQUITY, LLC,
HYD USA, LLC, AND JAY LUCAS

By: _____
Lawrence Peikes (ct07913)
lpeikes@wiggin.com
WIGGIN AND DANA LLP
Their Attorneys
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
(203) 363-7600
(203) 363-7676 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of February, 2017, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____
Lawrence Peikes (ct07913)

26014\1\3617296.v1