UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Steven J. Edelstein | : | |
| Plaintiff, | : | 16 Civ. 01353 (WWE) |
| v. | : | |
| Lucas Brand Equity, LLC, Hyd USA, LLC, and Jay Lucas, | : | |
| Defendant. | : | |

**MOTION TO ADMIT BRIAN LEHMAN AS VISITING ATTORNEY**

Pursuant to Local Civil Rules 83.1(d), Kathryn R. Sylvester, hereby moves the Court to grant Brian Lehman leave to appear and practice as a visiting attorney for defendants in the above captioned matter. In support hereof, the undersigned represents as follows:

1. The undersigned, a member of the Bar of this Court, is an attorney of record in this action and a member of L.O. of Kathryn R. Sylvester, L.L.C. of Woodbridge, Connecticut.

2. Mr. Lehman is a member of the law firm Lehman LG LLC, 47-39 Vernon Blvd., Long Island City, New York 11101, telephone number 724-453-4626 (724LEHMAN), and email address brian@lehmanlawgroup.com.

3. Mr. Lehman is admitted to the Bar of the State of Connecticut (juris number 422718). Mr. Lehman is also admitted to practice in the U.S. Court of Appeals for the Second Circuit (bar number N/A). Mr. Baum is a member in good standing of all of these courts.

4. Mr. Lehman has never been denied admission to, disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application to practice before this Court or any other court, while facing a disciplinary complaint, and there are no pending

1

disciplinary complaints against him as to which a finding has been made that such complaint should proceed to a hearing.

5. Mr. Lehman has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

6. Mr. Lehman has designated the undersigned as his agent for service of process upon whom service of all papers on Mr. Lehman shall be made, and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission.

7. Pursuant to Local Federal Rule 83.1(d)(3), a fee of seventy-five ($75.00) dollars has been paid to the Clerk of the Court upon the filing of this Motion.

8. As required by Local Rule 83.1(d)(1), an affidavit, duly sworn and executed by Mr. Lehman in support of this Motion is attached hereto as Exhibit A.

WHEREFORE, the undersigned respectfully requests that the Court admit Brian Lehman, Esq. as a visiting attorney for the purpose of appearing and participating in this action.

Dated at Woodbridge, Connecticut this 31st day of January 2017.

/s/ *Kathryn R. Sylvester*
Kathryn R. Sylvester
L.O. of Kathryn R. Sylvester, L.L.C.
P.O. Box 5076
Woodbridge, CT 06525

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2017, a copy of the foregoing motion for admission as a visiting attorney was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Kathryn R. Sylvester*
Kathryn R. Sylvester

## <u>Exhibit A</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Steven J. Edelstein, | : |
| Plaintiff, | : 16 Civ. 01353 (WWE) |
| v. | : |
| Lucas Brand Equity, LLC, Hyd USA, LLC, and Jay Lucas, | : |
| Defendant. | : |

## Affidavit of Brian Lehman, Esq.
### In Support of Admission of Visiting Attorney

I, Brian Lehman, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm Lehman LG LLC and an attorney for the defendants in the above-captioned matter: Lucas Brand Equity, LLC; Hyd USA, LLC; and Jay Lucas. I submit this Declaration in support of my motion to be admitted as a visiting attorney in this action for the purposes of representing the defendants.

2. I am not a resident of Connecticut, and I have not been regularly engaged in business or professional activities in Connecticut.

3. My business address is: 47-39 Vernon Blvd., Long Island City, New York. My telephone number is 724-453-4626. My email is brian@lehmanlawgroup.com.

4. I have been admitted to practice in the State of Connecticut under Juris Number 422718 since May 28, 2004. I also have been admitted to practice in the U.S. Court of Appeals for the Second Circuit since January 4, 2016.

1

5. I have never been suspended, disbarred or resigned from the practice of law in any jurisdiction as a result of a disciplinary charge, investigation or proceeding, and I have no disciplinary proceedings pending in any jurisdiction. I have never been refused admission or displined by this court or any other court.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct. I agree to be bound by them.

7. Defendants have requested that I appear as counsel for them in this matter.

8. I agree to be subject to the Orders of this Court and amendable to disciplinary action as though regularly admitted to practice in the District of Connecticut. I further agree to the appointment of Kathryn R. Sylvester of L.O. of Kathryn R. Sylvester, L.L.C., for service of all papers within the District of Connecticut. I further designate the District of Connecticut as the forum for resolution of any dispute arising out of this admission.

Wherefore, I respectfully request that I be admitted to represent the defendants in this matter as a Visiting Lawyer.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 30, 2017, in Long Island City, New York.

Brian Lehman
Jan 30, 2017

State of New York   County of Queens
Subscribed and sworn to (or affirmed) before me this 30th day of Jan, 2017.
by Brian Lehman
Arthur Mullakandov, Notary Public
My Commission Expires 05/02/2020

ARTHUR MULLAKANDOV
Notary Public, State of New York
Registration #01MU6341246
Qualified In Queens County
Commission Expires 05/02/2020

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2017, a copy of the foregoing declaration by Brian Lehman, Esq., was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Kathryn R. Sylvester*
Kathryn R. Sylvester
L.O. of Kathryn R. Sylvester, L.L.C.
P.O. Box 5076
Woodbridge, CT 06525