UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Steven J. Edelstein | : | |
| Plaintiff, | : | 16 Civ. 01353 (WWE) |
| v. | : | |
| Lucas Brand Equity, LLC,<br>Hyd USA, LLC, and Jay Lucas, | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

To:  The Clerk of Court and all parties of record

I am admitted or otherwise authorize to practice in this court, and I appear in this case as counsel for:  Lucas Brand Equity, LLC, Hyd USA, LLC, and Jay Lucas.

Date:  February 7, 2017

*Brian Lehman*
Brian Lehman
Juris Number: ct422718
47-39 Vernon Blvd.
Long Island City, NY 11101
brian@lehmanlawgroup.com
724-453-4626 (telephone number)

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 7, 2017, a copy of the foregoing notice of appearance as a visiting attorney was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                           /s/ *Brian Lehman*
                                                                            Brian Lehman