UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STEVEN J. EDELSTEIN** | : | **CIVIL ACTION NO.:** |
|     Plaintiff | : | |
| | : | **3:16-cv-01353 (WWE)(JGM)** |
| v. | : | |
| | : | |
| **LUCAS BRAND EQUITY, LLC,** | : | |
| **HYD USA, LLC, AND JAY LUCAS** | : | |
|     Defendants | : | **MARCH 29, 2017** |

## MOTION ON CONSENT FOR EXTENSION OF TIME
## TO FILE POST-HEARING BRIEFS

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff, Steven J. Edelstein, through his undersigned counsel, hereby requests an extension of time of seven (7) days for the submission of post-hearing briefs in this matter.

A hearing on Plaintiff's Application for Pre-Judgment Remedy was held on February 23, 2017 before the Hon. Joan G. Margolis.  Thereafter, by Order dated February 23, 2017 (Doc. 35), Judge Margolis issued a post-hearing briefing schedule under which Plaintiff's brief is due by March 30, 2017, with Defendant's Opposition due by April 13, 2017, and Plaintiff's Reply (if any) due by April 27, 2017.  Due to unforeseen circumstances requiring Plaintiff's counsel to be out of the office, Plaintiff is unable to complete his Post Hearing brief by the March 30 deadline.

Plaintiff, with Defendants' consent, hereby requests that the following deadlines be extended as follows:

|  | Current Deadline | Requested Deadline |
|---|---|---|
| Plaintiff's Post Hearing Brief | March 30, 2017 | April 6, 2017 |
| Defendants' Opposition | April 13, 2017 | April 20, 2017 |
| Plaintiff's Reply | April 27, 2017 | May 4, 2017 |

As indicated above, the undersigned has consulted with counsel for Defendants, Attorney Lehman, who states that he has no objection to the granting of this motion.

Wherefore, Plaintiff, Steven J. Edelstein, requests a seven (7) day extension of the briefing schedule deadlines as outlined above.

PLAINTIFF,

STEVEN EDELSTEIN

By: ____/s/ William G. Madsen_____
William G. Madsen (CT09853)
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford CT 06103
(860) 246-2466 – Telephone
(860) 246-1794 – Facsimile
Attorneys for the Plaintiff
wmadsen@mppjustice.com

**CERTIFICATION OF SERVICE**

I hereby certify that on this 29th day of March, 2017, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____/s/ William G. Madsen_____
William G. Madsen