# EXHIBIT 1

**Steven J. Edelstein**
*CEO and Chief Operating Officer*

**HYD for Men**

(v) 203.314.6490
(e) steve@hydformen.com
(w) www.hydformen.com

Ex. 1

Sent from Steve's HYD Phone

Begin forwarded message:

> **From:** Jay Lucas <jlucas@lucasgroupinc.com>
> **Date:** September 9, 2015 at 6:37:17 PM EDT
> **To:** "Steven J. Edelstein" <steve@hydformen.com>
> **Subject: Re: Steven J. Edelstein - Employment Agreement**
>
> To: Steven J. Edelstein
> From: Jay S. Lucas
> Date: 9/9/15
> Re: Employment Status
>
> Hi – Steve –
>
> This letter is to confirm your employment as Chief Operating Officer of HYD for Men, a portfolio company of Lucas Brand Equity, LLC. Your compensation is in the amount of $120,000 per year, plus health care benefits and related items provided by the company.
>
> Please let me know if you have any additional questions.
>
> I can be reached at 617-448-5345.
>
> Jay S. Lucas, Managing Director
> Lucas Brand Equity, LLC
> 680 Fifth Avenue
> Suite 1800
> New York, NY 10019

1