# EXHIBIT 2



**HYD USA, LLC**
680 Fifth Avenue
Suite 1808
New York, NY 10019



February 1, 2016

Re: Verification of Employment

To Whom It May Concern:

Steven J. Edelstein has been Chief Operating Officer for Lucas Brand Equity - HYD USA since September 1, 2015.

His compensation is $120,000 per year, which is paid in bi-monthly installments. This position works an average of 40 hours per work week.

Sincerely,

Michael Lanzaro
Stellar Accounting Solutions
Accountant for Lucas Brand Equity - Hyd USA

HYD USA, LLC – www.hydformen.com