# EXHIBIT 3

## SJE JSE Checking: Account Activity Transaction Details

Ex. 17

**Post date:** 01/08/2016

**Amount:** 5,872.58

**Type:** Credit

**Description:** WIRE TYPE:WIRE IN DATE: 160108 TIME:1644 ET TRN:2016010800331088 SEQ:5007800008ES/410632 ORIG:HYD USA, LLC ID:XXXXX2878950 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 16/01/08

**Merchant name:** HYD USA, LLC

**Transaction category:** Income: Other Income

## SJE JSE Checking: Account Activity Transaction Details

|  |  |
|---|---|
| **Post date:** | 01/22/2016 |
| **Amount:** | 5,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 160122 TIME:1608 ET TRN:2016012200324799 SEQ:4886400022ES/449092 ORIG:HYD USA, LLC ID:XXXXX2878950 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 16/01/22 |
| **Merchant name:** | HYD USA, LLC |
| **Transaction category:** | Income: Other Income |

**SJE JSE Checking: Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 02/09/2016 |
| **Amount:** | 5,855.09 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 160209 TIME:1433 ET TRN:2016020900212044 SEQ:4224500040ES/259730 ORIG:HYD USA, LLC ID:XXXXX2878950 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 16/02/09 |
| **Merchant name:** | HYD USA, LLC |
| **Transaction category:** | Income: Other Income |

## SJE JSE Checking: Account Activity Transaction Details

| | |
|---:|---|
| **Post date:** | 02/22/2016 |
| **Amount:** | 5,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 160222 TIME:1646 ET TRN:2016022200356135 SEQ:5135400053ES/450455 ORIG:HYD USA, LLC ID:XXXXX2878950 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 16/02/22 |
| **Merchant name:** | HYD USA, LLC |
| **Transaction category:** | Income: Other Income |

## SJE JSE Checking: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 03/08/2016 |
| **Amount:** | 5,839.65 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 160308 TIME:1535 ET TRN:2016030800288933 SEQ:4655500068ES/371167 ORIG:HYD USA, LLC ID:XXXXX2878950 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 16/03/08 |
| **Merchant name:** | HYD USA, LLC |
| **Transaction category:** | Income: Other Income |

## SJE JSE Checking: Account Activity Transaction Details

| | |
|---:|:---|
| **Post date:** | 03/23/2016 |
| **Amount:** | 5,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 160323 TIME:1239 ET TRN:2016032300239779 SEQ:3975100083ES/362477 ORIG:HYD USA, LLC ID:XXXXX2878950 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 16/03/23 |
| **Merchant name:** | HYD USA, LLC |
| **Transaction category:** | Income: Other Income |

## SJE JSE Checking: Account Activity Transaction Details

| | |
|---:|:---|
| **Post date:** | 04/11/2016 |
| **Amount:** | 5,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 160411 TIME:1531 ET TRN:2016041100345913 SEQ:5038000102ES/454450 ORIG:HYD USA, LLC ID:XXXXX2878950 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 16/04/11 |
| **Merchant name:** | HYD USA, LLC |
| **Transaction category:** | Income: Other Income |

## SJE JSE Checking: Account Activity Transaction Details

**Post date:** 04/25/2016

**Amount:** 750.00

**Type:** Credit

**Description:** WIRE TYPE:WIRE IN DATE: 160425 TIME:1512 ET TRN:2016042500333070 SEQ:4889700116ES/456059 ORIG:HYD USA, LLC ID:XXXXX2878950 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 16/04/25

**Merchant name:** HYD USA, LLC

**Transaction category:** Income: Other Income

## SJE JSE Checking: Account Activity Transaction Details

| | |
|---:|:---|
| **Post date:** | 05/27/2016 |
| **Amount:** | 4,250.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 160527 TIME:1506 ET TRN:2016052700340035 SEQ:5143900148ES/461104 ORIG:HYD USA, LLC ID:XXXXX2878950 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 16/05/27 |
| **Merchant name:** | HYD USA, LLC |
| **Transaction category:** | Income: Other Income |

## SJE JSE Checking: Account Activity Transaction Details

|  |  |
|---|---|
| **Post date:** | 06/29/2016 |
| **Amount:** | 5,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 160629 TIME:1142 ET TRN:2016062900251088 SEQ:4092600181ES/386434 ORIG:LUCAS BRAND EQUITY LP ID:XXXXX6571739 SND BK: JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:DCD OF 1 6/06/29 |
| **Merchant name:** | LUCAS BRAND EQUITY LP |
| **Transaction category:** | Income: Other Income |