# EXHIBIT 4

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT



- - - - - - - - - - - - - - - -X
STEVEN J. EDELSTEIN
          Plaintiff,

 v.                                     3:16-cv-01353 (WWE)

LUCAS BRAND EQUITY, LLC,
HYD USA, LLC, AND JAY LUCAS            February 23, 2017
          Defendants

- - - - - - - - - - - - - - - -X
                                       Richard C. Lee
                                       United States Courthouse
                                       141 Church Street
                                       New Haven, Connecticut
```

                    PREJUDGMENT REMEDY HEARING


  Held Before:
      The Honorable Joan G. Margolis




                FALZARANO COURT REPORTERS, LLC
                      4 Somerset Lane
                    Simsbury, CT  06070
                       860.651.0258
                www.falzaranocourtreporters.com

APPEARANCES:


For the Plaintiff:

    MADSEN, PRIESTLEY & PARENTEAU, LLC
    402 Asylum Street
    Hartford, CT   06103
    860.246.2466
    wmadsen@mppjustice.com
    By:   WILLIAM G. MADSEN, ESQ.


For the Defendants:

    THE LEHMAN LAW GROUP
    47-39 Vernon Boulevard
    Long Island City, NY   11101
    724.453.4626
    brian@lehmanlawgroup.com
    By:   BRIAN LEHMAN, ESQ.

```
 1                    Brand Equity.
 2    BY MR. MADSEN:
 3         Q     Did you have executive authority for the
 4    affairs of HYD USA?
 5         A     I did.
 6         Q     With regard to the areas of responsibility
 7    that you just testified to?
 8         A     That is correct.
 9         Q     Okay.  Is it the case that you did or did not
10    have to get approval from anyone at Lucas Brand Equity in
11    order to carry out your daily activities?
12         A     In terms of tasks and operations, no.
13         Q     What about in financial matters?  Did you have
14    to get approval or authority from any members of Lucas
15    Brand Equity in order to carry out your job duties and
16    responsibilities as chief operating officer for HYD USA?
17         A     Yes, I did.
18         Q     Did you have purchasing authority for HYD USA?
19         A     Only based on approval.
20         Q     Okay.  Who would you typically get that
21    approval from?
22         A     Karen Ballou.
23         Q     Did you also get approval from Jay Lucas with
24    respect to any financial matters or dealings of HYD USA?
25         A     I did not.
```

```
 1      unemployment?
 2           A      They certainly did.
 3           Q      And did they -- what was their determination?
 4           A      They deemed me an employee, and I was approved
 5      to collect benefits.
 6           Q      I'm sorry?
 7           A      They deemed me an employee, and approved me
 8      for benefits.
 9           Q      And are you continuing to receive unemployment
10      compensation benefits?
11           A      I am.
12                  MR. LEHMAN:  Your Honor, I do object.
13              That's just his impression, but other than
14              that...
15                  THE COURT:  That's fine.
16                  MR. MADSEN:  I would like to mark this.
17                  MR. LEHMAN:  Can I have a copy of this?
18              You gave it to me to look at, but you didn't
19              give me a copy.
20                  MR. MADSEN:  This is Exhibit 17 for
21              identification.
22      BY MR. MADSEN:
23           Q      Mr. Edelstein, I'm handing you Plaintiff's
24      Exhibit 17 for identification.  And without reading the
25      contents, can you tell me what that document consists of?
```

```
 1          A    Consists of all the wire payments that were
 2     made -- let me just take a peek at this.  Excuse me -- in
 3     two thousand -- from January to May of 2016.
 4                  MR. LEHMAN:  Your Honor, I would just
 5             ask that counsel establish how we got there,
 6             the foundation?
 7  BY MR. MADSEN:
 8          Q    How did you get these documents?
 9          A    These are my records from the transactions
10     that were made.
11          Q    Okay.  And do these reflect wire transfers
12     that you received as compensation --
13                  MR. LEHMAN:  That doesn't answer how he
14             got it.  Did you go to your computer?  Did
15             you print it up?  How did you get this
16             document?
17                  THE WITNESS:  That's exactly how I got
18             it.
19                  MR. LEHMAN:  Tell me how you got it.
20                  THE WITNESS:  The transaction was made.
21                  MR. LEHMAN:  What date?
22                  THE WITNESS:  Starting on January 8th --
23                  MR. LEHMAN:  No.  How did you get this
24             document?
25                  THE COURT:  Did you print them up as you
```

```
 1                    got your payments?
 2                         THE WITNESS:  As I got my payments,
 3                    exactly, yes.
 4                         MR. LEHMAN:  So you would say on January
 5                    8th, you printed up one, and on January 22nd,
 6                    you printed up another, and you put them
 7                    together?  You didn't print them up at a
 8                    later date?
 9                         THE WITNESS:  No. I print them as I get
10                    them and keep a file accordingly.
11                         MR. LEHMAN:  Okay.
12                         THE WITNESS:  By the way --
13                         MR. MADSEN:  Wait a minute.  Hold on.
14                    No question pending.
15                         THE WITNESS:  Sorry.
16                         MR. MADSEN:  I introduce this as a full
17                    exhibit.
18                         MR. LEHMAN:  No objection.
19                         THE COURT:  Accordingly, Exhibit 17 may
20                    now be marked as a full exhibit.
21   BY MR. MADSEN:
22         Q    Mr. Edelstein, does Exhibit 17 reflect all
23    payments you received from HYD USA, LLC and/or Lucas Brand
24    Equity LP for -- in 2016?
25         A    That is correct.
```

Case 3:16-cv-01353-WWE   Document 55-4   Filed 05/05/17   Page 8 of 9

109

```
 1          Q    Okay.  And were you paid in full up through,
 2     and I'm asking you to turn to the -- one, two, three -- if
 3     you turn to the marked, the April 11, 2016 postdate, do
 4     you see that?
 5          A    One second, please.  Yes.
 6          Q    Okay.  Were you paid in full as compensation
 7     for chief operating officer through March -- through April
 8     11, 2016?
 9          A    Yes.
10          Q    Okay.  And then, if you turn to the next page,
11     there is an entry dated April 25, 2016.  Do you see that?
12          A    Yes.
13          Q    How much was that deposit?
14          A    Seven hundred and fifty dollars.
15          Q    That was less than the $5,000 that you were
16     supposed to receive; is that correct?
17          A    That's correct.
18          Q    All right.  And --
19               MR. LEHMAN:  Your Honor, I object to the
20          extent that counsel just characterized it as
21          he was "supposed to receive."
22               MR. MADSEN:  Okay.
23     BY MR. LEHMAN:
24          Q    All right.  What was your expectation as to
25     how much money you would be receiving on April 25, 2016?
```

CERTIFICATE

I hereby certify that the foregoing 185 pages are a complete and accurate computer-aided transcription of my original stenotype notes taken of the proceeding, which was held in re: Steven J. Edelstein v. Lucas Brand Equity, LLC, et al, held before the Honorable Joan G. Margolis, USDC Judge, U.S. District, 141 Church Street, New Haven, Connecticut on February 23, 2017.

_____/s/ KT_____
Kirsten Telhiard, LSR #391