# EXHIBIT 5

Case 3:16-cv-01353-WWE   Document 55-5   Filed 05/05/17   Page 1 of 2

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. LP<br>P O Box 815<br>Southport, CT 06890<br>(617) 448-5345 | | 1 Rents<br>$ | OMB No. 1545-0115<br>2015<br>Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|---|
| | | 2 Royalties<br>$ | | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>80-0947469 | RECIPIENT'S identification number<br>redacted | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>Steve Edelstein<br>238 Lawrence St<br>New Haven, CT 06511 | | 7 Nonemployee compensation<br>$ 15000.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC    (keep for your records)    www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

FORM # LMISCREC

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>HYD USA LLC<br>660 5th Ave - Suite 1806<br>New York, NY 10019<br>(203) 610-3116 | | 1 Rents<br>$ | OMB No. 1545-0115<br>2015<br>Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|---|
| | | 2 Royalties<br>$ | | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>80-0773774 | RECIPIENT'S identification number<br>redacted | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>Steve Edelstein<br>238 Lawrence St<br>New Haven, CT 06511 | | 7 Nonemployee compensation<br>$ 25000.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC    (keep for your records)    www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

FORM # LMISCREC