# EXHIBIT 6

## William Madsen

**From:** Peikes, Lawrence <LPeikes@wiggin.com>
**Sent:** Monday, September 12, 2016 5:43 PM
**To:** William Madsen
**Subject:** RE: Edelstein v. Lucas Brand et al.

Will, I'm still looking into this matter and, therefore, am working off incomplete information at this juncture. But here's what I do understand at this point (subject to further investigation): Mr. Edelstein was retained on behalf of HYD as a consultant to build the business. He was compensated at a rate of $10,000.00 per month paid bi-weekly on a 1099 basis. HYD discontinued payments to Mr. Edelstein back in May due to the fact that he was not providing the services he was retained to provide. For example, there was no sales activity or product development. HYD was also lacking funds due to the absence of revenue. While Mr. Edelstein has apparently continued to circulate occasional e-mails despite being told HYD lacks funds to pay him, he has not provided any tangible services. It would therefore behoove Mr. Edelstein to discontinue the activities he claims to have been engaging in on HYD's behalf.

**Lawrence Peikes**
Wiggin and Dana LLP
Two Stamford Plaza, 281 Tresser Boulevard
Stamford, Connecticut 06901
Direct: 203.363.7609 | lpeikes@wiggin.com

WIGGIN AND DANA
Connecticut | New York | Philadelphia | Washington, DC | www.wiggin.com

---

**From:** William Madsen [mailto:WMadsen@mppjustice.com]
**Sent:** Monday, September 12, 2016 12:47 PM
**To:** Peikes, Lawrence <LPeikes@wiggin.com>
**Subject:** RE: Edelstein v. Lucas Brand et al.

Larry—correct that, please contact me by 5 PM today September 12, 2016 (not May).

---

**From:** William Madsen
**Sent:** Friday, September 09, 2016 6:37 PM
**To:** 'Peikes, Lawrence'
**Subject:** Edelstein v. Lucas Brand et al.

Larry, kindly speak with your clients and advise me by 5:00 PM on Monday, May 12, 2016 whether Steven J. Edelstein is still employed by HYD USA and/or Lucas Brand Equity.

Thanks, Will

## William G. Madsen
wmadsen@mppjustice.com

1



**MADSEN, PRESTLEY & PARENTEAU, LLC**
*Representing Individuals in Employment Law and Litigation*

402 Asylum Street
Hartford, CT 06103
Tel. (860) 246-2466
Fax. (860) 246-1794
www.mppjustice.com

This communication, including attachments, is intended for the exclusive use of the addressee. It may contain confidential and privileged information, and its copying, distribution and/or disclosure is strictly prohibited. If you are not the intended addressee, please notify the sender immediately by return email and delete this communication, including all attachments and all backup copies. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. Madsen, Prestley & Parenteau, L.L.C. does not accept responsibility for any loss or damage arising in any way from the use of this communication, including attachments. Thank you.

*************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
*************************************************************

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.