# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT :
: SS. WEST HARTFORD   July 7, 2017
COUNTY OF HARTFORD :

EDELSTEIN
V.
BALLOU

At said West Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a verified true and attested copy of the original civil process in this action, and on the above date the letter/ receipt hereto attached was returned to me.

ATTEST: _____
SCOTT M. KRAIMER
STATE MARSHAL
HARTFORD COUNTY

**SCOTT M. KRAIMER**
CONNECTICUT STATE MARSHAL
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**KAREN BALLOU**
125 WEST 31ST STREET
APT. 55F
NEW YORK, NY 10001

9590 9402 1644 6053 7249 96

2. 7016 1370 0000 2589 1761

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): P. Mercel
C. Date of Delivery: 7-3-12

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 1644 6053 7249 96

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box•



STATE OF CONNECTICUT
SCOTT M. KRAIMER
CONNECTICUT STATE MARSHAL
P.O. Box 271621
West Hartford, CT 06127-1621

Goldstein v. Ballou