UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN J. EDELSTEIN, : | |
|     Plaintiff, : | |
| : | |
| v. : | 3:16-cv-01353-WWE |
| : | |
| LUCAS BRAND EQUITY LLC, : | |
| HYD USA LLC, : | |
| JAY LUCAS, and : | |
| KAREN BALLOU, : | |
|     Defendants. : | |

## **MEMORANDUM OF DECISION ON DEFENDANTS' MOTION TO DISMISS**

Plaintiff alleges that the purported structure of his employment relationship with defendants did not align with reality. Defendants Lucas Brand Equity LLC and Jay Lucas now contend that such structure insulates them from liability, as no legal injury can be fairly traced to them. But this argument is somewhat circular and relies in part on refuting plaintiff's allegations that defendants have mischaracterized his employment. Accordingly, the propriety of plaintiff's suit against Lucas Brand Equity LLC and Jay Lucas may be revisited after the close of discovery. Defendants' motion to dismiss is DENIED.

Dated this 11th day of July, 2017, at Bridgeport, Connecticut.

                                               /s/Warren W. Eginton
                                               WARREN W. EGINTON
                                               SENIOR UNITED STATES DISTRICT JUDGE