UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEVEN J. EDELSTEIN**         : | **CIVIL ACTION NO.:** |
|    **Plaintiff**                : |  |
|                                 : | **3:16-cv-01353 (WWE)** |
| **v.**                          : |  |
|                                 : |  |
| **LUCAS BRAND EQUITY, LLC, et al.,** : |  |
|    **Defendants**               : | **JULY 17, 2017** |

## MOTION ON CONSENT FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff, Steven J. Edelstein, through his undersigned counsel, hereby requests a modification of the current Scheduling Order (Doc. 18), extending the close of discovery until January 15, 2018, and the deadline for the filing of dispositive motions until March 15, 2017.

By the Court's Order, discovery in this matter is scheduled to close on September 30, 2017, and dispositive motions are due by November 30, 2017. However, due to the following circumstances, it is unlikely that discovery will be completed by the current deadline, to wit:

1.      Defendants Lucas Brand Equity, LLC, and Jay Lucas have failed to fully respond to or produce any documents in response to Plaintiff's First Set of Interrogatories and Requests for Production ("Discovery Requests") which have been outstanding for over 8 months.  Initially, these defendants ignored the Requests for Production completely; then, well after the deadlines to respond or object had passed by several months, they filed a Motion to Dismiss (Doc. 49) and based their refusal to

comply with discovery on that filing. The Motion to Dismiss was denied on July 7, 2017 (Doc. 74) and Defendants Jay Lucas and Lucas Brand Equity, LLC have failed to address any of the numerous deficiencies in their responses to Plaintiff's Discovery Requests, necessitating that Plaintiff re-filed his Motion to Compel (Doc. 77), currently pending before this Court..

2.  Defendant Hyd USA, LLC did respond to Plaintiff's Requests for Production.  However, there were numerous deficiencies in Defendant Hyd's responses which are also fully set out in Plaintiff's Motion to Compel. (Doc. 77).

3.  Plaintiff has only recently, with the Court's permission, amended his complaint to add two more defendants; Karen Ballou, who was served on July 3, 2017, and has not yet filed an appearance; and Lucas Brand Equity, LP, for whom a summons has been requested, and who will be served after the issuance the summons.

4.  Due to the lack of discovery responses from Defendants, Plaintiff has not yet taken any depositions in this matter.  Although the deposition of Defendant Jay Lucas was previously scheduled, given the pending Motion to Compel and Defendants' lack of responsiveness to discovery requests, Plaintiff was forced to cancel the deposition.

This is the first request for an extension of these deadlines.  Counsel for Defendants Lucas Brand Equity, LLC, Hyd USA, LLC and Jay Lucas, has consented to the extension of these deadlines.

Wherefore, Plaintiff, Steven J. Edelstein, request an extension of the deadline for completing discovery until January 15, 2018, and for filing dispositive motions until March 15, 2018.

                    PLAINTIFF,
                    STEVEN EDELSTEIN

By:     */s/ Claire M. Howard*
    William G. Madsen (CT09853)
    Claire M. Howard (CT29654)
    Madsen, Prestley & Parenteau, LLC
    402 Asylum Street
    Hartford CT 06103
    (860) 246-2466 – Telephone
    (860) 246-1794 – Facsimile
    Attorneys for the Plaintiff
    wmadsen@mppjustice.com
    choward@mppjustice.com

## CERTIFICATION OF SERVICE

    I hereby certify that on this 17th day of July, 2017, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                        */s/ Claire M. Howard*
                        Claire M. Howard