July 24, 2017

Honorable Joan G. Margolis
United States Magistrate Judge
for the District of Connecticut
Richard C. Lee United States Court House
141 Church Street
New Haven, Connecticut 06510

      **Re:**    **Withdraw of Motions to Compel in *Edelstein v. Lucas Brand Equity, LLC et al.*, 16 Civ. 01353**

Judge Margolis:

I write to withdraw my recent motions to compel (Docs. 80 & 84) as I have a proposed solution. Moving forward in this litigation, I will ask separate counsel at this firm to conduct any meet and confer or to participate in addition to me. From my perspective, the additional person solves the problem of verifying whether the tone and nature of the phone calls remain courteous.

I note that this solution puts additional costs on this firm. But I am also well aware that judges have more than once written: ""If there is a hell to which disputatious, uncivil, vituperative lawyers go, let it be one in which the damned are eternally locked in discovery disputes with other lawyers of equally repugnant attributes."[1] Should there be an omnipotent being that may grant such prayers, then I believe it best to do everything I can to avoid it.

Sincerely,

*Brian Lehman*

Brian Lehman
*Counsel for Defendants*

---

[1] *Dahl v. City of Huntington Beach*, 84 F.3d 363, 364 (9th Cir. 1996) (quoting *Krueger v. Pelican Prod. Corp.*, No. CIV-87-2385-A (W.D. Okla. Feb. 24, 1989)).