UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STEVEN J. EDELSTEIN** | : | CIVIL ACTION NO.: |
|    Plaintiff | : | |
| | : | 3:16-cv-01353 (WWE) |
| v. | : | |
| | : | |
| **LUCAS BRAND EQUITY, LLC,** | : | |
| **HYD USA, LLC, AND JAY LUCAS** | : | |
|    **Defendants** | : | **NOVEMBER 27, 2017** |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS

Pursuant to Rule 7 of the Local Rules of the District of Connecticut, Plaintiff, Steven J. Edelstein, through his undersigned counsel, hereby requests an extension of time of thirty (30) days, up to and including January 3, 2018, for Plaintiff to respond to the November 13, 2017 Counterclaims filed against Plaintiff. (Doc. No. 101.) This motion is supported by good cause, including the following:

1. On November 13, 2017, Defendant filed Counterclaims against Plaintiff, including claims for breach of fiduciary duty, conversion, and civil theft. (Doc. No. 101.)

2. In connection with those Counterclaims, Defendant alleges more than thirty paragraphs of factual and legal statements and claims, and seeks several different forms of relief.

3. Plaintiff requires additional time to review Defendant's allegations in the Counterclaims, confer with legal counsel, and research and prepare an appropriate response.

**ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

4. Plaintiff also requires additional time to respond beyond the current deadline because Plaintiff was not able to meet and confer with legal counsel during the recent Thanksgiving holiday.

5. Since the Counterclaims were filed on November 13, 2017, Plaintiff's current deadline to respond under Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure is December 4, 2017.

6. By this motion, Plaintiff is requesting an additional thirty (30) days, up to and including January 3, 2018, to respond to Defendant's Counterclaims.

7. This is Plaintiff's first motion for an extension of time with respect to this deadline.

8. Plaintiff's counsel has made diligent efforts to ascertain opposing counsel's position with respect to this motion, but has been unsuccessful.  On November 16, 2017, Plaintiff's counsel sent an e-mail to Attorney Allentuch, the lawyer who signed the Counterclaims against Plaintiff, and inquired whether he had any objection to a thirty (30) day extension of time for Plaintiff to respond to the Counterclaims.  As of this date, Plaintiff's counsel has not received a response from Attorney Allentuch with respect to that inquiry.  On November 22, 2017, Plaintiff's counsel also sent an e-mail to other counsel representing the Counterclaim Defendant, Attorney Famiglietti and Attorney Graham, inquiring whether there was an objection to a thirty (30) day extension of time for Plaintiff to respond to the Counterclaims.  As of this date, Plaintiff's counsel has not received a response from Attorney Famiglietti

and Attorney Graham regarding that inquiry.  Accordingly, Plaintiff's counsel is unable to state whether Defendant objects to this initial request for a thirty (30) day extension of time for Plaintiff to respond to the November 13, 2017 Counterclaims.

WHEREFORE, Plaintiff moves for an initial thirty (30) day extension of time, up to and including January 3, 2018, to respond to the November 13, 2017 Counterclaims. (Doc. No. 101.)

        PLAINTIFF,
        STEVEN EDELSTEIN

By:    */s/ Todd Steigman*
    Todd Steigman (ct26875)
    Madsen, Prestley & Parenteau, LLC
    402 Asylum Street
    Hartford CT 06103
    (860) 246-2466 – Telephone
    (860) 246-1794 – Facsimile
    Attorneys for the Plaintiff
    tsteigman@mppjustice.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 27th day of November, 2017, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

        */s/ Todd Steigman*