UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN J. EDELSTEIN  :  <br> : CASE NO. 3:16-CV-01353 (WWE) <br> Plaintiff,   : <br> : <br> V.   : <br> : <br> LUCAS BRAND EQUITY, LLC,   : <br> HYD USA, LLC, JAY LUCAS,   : <br> KAREN BALLOU AND LUCAS   : <br> BRAND EQUITY, LP   : <br> : <br> Defendants.   : JANUARY 5, 2018 | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

The defendants Lucas Brand Equity, LLC ("LBE"), HYD USA, LLC a/k/a HYD for Men ("HYD USA"), and Jay Lucas ("Lucas") (collectively "Defendants") hereby respond to the motion to compel dated December 15, 2017 (DOC 105) of the plaintiff Steven Edelstein ("Plaintiff") as follows.

I. Preliminary Statement

In their motion to compel, Plaintiff assert the following discovery deficiencies: (i) Defendants have not provided initial Rule 26 (a)(1) disclosures; (ii) Defendants LBE and Lucas have not responded to requests for production; (iii) Defendant HYD did not fully and fairly respond to Defendants' first request for production; (iv) Defendants did not verify their discovery responses.   Defendants submit that these purported deficiencies have been cured.

II. Factual Basis for Response

On September 26, 2017, Neubert, Pepe & Monteith PC replaced Defendants' former counsel, attorney Brian Lehman, as counsel for the defendants in this case. Neubert, Pepe

attorney Simon Allentuch was tasked with developing defense of the case and addressing any outstanding issues, including discovery compliance. On November 14, 2017, Mr. Allentuch without notice resigned from the Neubert, Pepe firm. Neubert, Pepe attorney James Graham was unexpectedly compelled to step in to the breach and has since that time been working assiduously to assimilate the facts and law of the case and address outstanding discovery matters, a fact made known to Plaintiff's counsel Todd Steigman.

Since that time, and since Plaintiff's motion to compel was filed, counsel has: (i) prepared Defendants' Rule 26(a)(1) F.R.C.P. initial disclosures and, on December 22, 2017, forwarded them to counsel for the Plaintiff (see, Exhibit 1); (ii) located, identified and compiled hundreds of pieces of arguably relevant electronically stored information, residing among literally thousands of messages in multiple email accounts involving multiple account holders and serviced by several different service providers, and, on December 23, 2017, produced same to counsel for the Plaintiff in response to Plaintiff's document requests and the requirements of Rule 26, F.R.C.P. (see, summary Exhibit 2); (iii) located, identified and compiled (also on December 23, 2017) additional documentation (*e.g.,* bank account statements, pay records, corporate documentation, *etc.*), also responsive to Plaintiff's document requests and the requirements of Rule 26, F.R.C.P (see Exhibit 2); (iv) worked with Defendants' principal to prepare verified, substantive supplemental responses to Plaintiff's First Set of Interrogatories, provided to Defendants on January 5, 2018 (see, Exhibit 3); and (v) responded substantively and with fulsome production to Plaintiff's First Request for Production of Documents (documents produced on December 23, 2017) and with a supplemental response being delivered on January 5, 2018 (see, Exhibit 4). In so doing, Defendants submit that they have cured the discovery deficiencies referred to by the Plaintiff.

WHEREFORE, Defendants submit that an order for of compliance under Rule 37, F.R.C.P is no longer necessary or appropriate.

        DEFENDANTS,
        LUCAS BRAND EQUITY, LLC, HYD USA, LLC,
        JAY LUCAS, KAREN BALLOU and LUCAS
        BRAND EQUITY, LP.

        */s/ James C. Graham*
        James C. Graham (ct06064)
        NEUBERT, PEPE & MONTEITH, P.C.
        195 Church Street, 13th Floor
        New Haven, CT  06510
        Tel: (203) 821-2000
        Fax: (203)821-2009
        sallentuch@npmlaw.com

## **CERTIFICATION**

      I hereby certify that on January 5, 2018 a copy of the foregoing, and related exhibits, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ James C. Graham*
James C. Graham
