# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN J. EDELSTEIN : | |
| : | CASE NO. 3:16-CV-01353 (WWE) |
| Plaintiff, : | |
| : | |
| V. : | |
| : | |
| LUCAS BRAND EQUITY, LLC, : | |
| HYD USA, LLC, JAY LUCAS, : | |
| KAREN BALLOU AND LUCAS : | |
| BRAND EQUITY, LP : | |
| : | |
| Defendants. : | DECEMBER 22, 2017 |

**<u>DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)</u>**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the District of Connecticut (the "Local Rules"), the undersigned, on behalf of Lucas Brand Equity, LP, Karen Ballou, Jay Lucas, HYD USA LLC, and Lucas Brand Equity LLC (collectively, "Defendants"), hereby makes the following initial disclosures:

(i)     <u>Persons Likely to have Discoverable Information.</u>

Mr. Steven J. Edelstein, 238 Lawrence Street, New Haven CT 06511, 203.314.6490 is believed to have relevant information regarding at least the following subjects: his activities on behalf of HYD USA both prior to and after Lucas Brand Equity's acquisition of a minority equity position in HYD USA; the duties, responsibilities and scope of those activities; his actual and purported relationships with key prospective vendors and customers; his interactions with the several defendants and their agents; his interactions with customers, vendors and suppliers of or to HYD USA; and the receipt and disposition of payments made on account of the sale of HYD USA products.

1

Mr. Jay Lucas, c/o Neubert Pepe & Monteith PC, 195 Church St. 13th Floor, New Haven CT 06510 Attn. Attorney James Graham, 203.821.2000, has information regarding: Lucas Brand Equity LP's acquisition of a minority equity position in HYD USA; the commencement and basis of Mr. Edelstein's work relationship with HYD USA; and the business of Lucas Brand Equity, LP and the funding of its portfolio companies.

Mr. Ian Knowles, LB Equity, LP, 475 Park Ave. South, New York NY 10016, 203.610.3116 has information relating to Mr. Edelstein's activities on behalf of HYD USA and his performance of same; HYD USA's financial performance; Lucas Brand Equity LP's acquisition of a minority equity position in HYD USA; and the business of Lucas Brand Equity LP and the funding of its portfolio companies.

Mr. Michael Lanzaro, Stellar Accounting Solutions, 701 Bridgeport Ave., Suite 302, Shelton CT, 203.763.9109 has knowledge relating to payments made to or on behalf of Steven Edelstein for his activities for HYD USA; Mr. Edelstein's work status and tax reporting therefor; and HYD USA's payables, receipts, bank accounts, and financial results.

Ms. Karen Ballou, c/o Neubert Pepe & Monteith PC, 195 Church St. 13th Floor, New Haven CT 06510 Attn. Attorney James Graham, 203.821.2000, has information regarding certain customer and vendor matters involving Steven Edelstein and relating to HYD USA and other Lucas portfolio companies.

(ii) <u>Description of Pertinent Documents, ESI, and Tangible Things in Defendants' Current Custody and Control</u>

Electronically stored information of Michael Lanzaro and the several Defendants relating, *passim*, to the subject matters of this lawsuit.

HYD USA profit and loss statements (cash, accrual).

HYD USA bank statements.

Tax reporting statements issued to Steven J. Edelstein.

Operating documents for HYD USA.

Documents re acquisition of equity interests in ABJP LLC d/b/a HYD for Men.

Resumes, profiles, and emails of Steven J. Edelstein relating to or describing work done for HYD USA, including sales, receipts, and relationships with vendors and customers.

(iii)   <u>Damages Computation</u>

Lucas Brand Equity LP is in the process of gathering information, some of which is within the control of the Plaintiff, to quantify its damage claims. This disclosure will be supplemented during ongoing discovery.

(iv)   <u>Insurance Agreement</u>

None.

THE DEFENDANTS

*/s/ James C. Graham*
James C. Graham, Esq. (ct06064)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510
Tel: (203) 821-2000
jgraham@npmlaw.com

## CERTIFICATION

I hereby certify that on December 22, 2017 a copy of the foregoing was served electronically on counsel for the plaintiff as follows:

Mr. William G. Madsen @ wmadsen@mppjustice.com
Mr. Todd D. Steigman @ tsteigman@mppjustice.com
Ms. Magdalena B. Wiktor @ mwiktor@mppjustice.com
Ms. Claire M. Howard @ choward@mppjustice.com

/s/ *James C. Graham*
James C. Graham, Esq.
NEUBERT, PEPE & MONTEITH, P.C.