# EXHIBIT 2

## James C. Graham

| | |
|---|---|
| From: | James C. Graham |
| Sent: | Saturday, December 23, 2017 1:29 PM |
| To: | 'Tsteigman@mppjustice.com' |
| Subject: | Edelstein / HYD - disclosures |
| Attachments: | Attachments |

Todd:

Attached please find documentation germane to the Edelstein/HYD matter. As I mentioned when last we spoke, my firm got involved in this matter in mid-September, but the attorney who was initially handling the matter, Simon Allentuch, left us unexpectedly in mid-November. In consequence, it took a while for me to achieve some working familiarity with the matter (and I still have a bit of catch-up left), and for that I apologize.

Please give me a call when you can to discuss scheduling issues, and in particular the depositions that have recently been noticed. There are conflict/unavailability issues (for one thing, I know that the week of the 25th is not going to work) we should work out, and given where we now are in discovery we may want to consider a (relatively brief) extension of the deadline. In any event call me on Tuesday if not inconvenient.

Regards,

Jim

PS - Please note that to access the .pst files you will need to do so through Outlook.

| Neubert, Pepe & Monteith, P.C. Attorneys at Law | Expires June 21, 2018 |
|---|---|
| 01HydOct15.pdf | 42.8 KB |
| 02HydNov15.pdf | 52 KB |
| 03HydDec15.pdf | 58.5 KB |
| 04HydJan16.pdf | 61.7 KB |

1

| File | Size |
|---|---|
| 05HydFeb16.pdf | 56.6 KB |
| 06HydMar16.pdf | 70.7 KB |
| 07HydApr16.pdf | 60.3 KB |
| 08HydMay16.pdf | 52.1 KB |
| 09HydJun16.pdf | 50.5 KB |
| 10HydJul16.pdf | 64.1 KB |
| 11HydAug16.pdf | 57.9 KB |
| 12HydSep16.pdf | 59.5 KB |
| ABJP LLC FL Articles of Conversion.PDF | 202.9 KB |
| ABJP Operating.pdf | 3 MB |
| Articles of Incorporation for ABJP, LLC.pdf | 486.3 KB |
| DE Certificate of Conversion.DOC | 25.5 KB |
| DE Certificate of Formation - ABJP LLC.DOC | 25 KB |
| Edelstein1099s.pdf | 1.5 MB |
| EdelsteinPay.pdf | 1.1 MB |
| HYD - FL - Fictitious Assumed Name Filing - ...ion.PDF | 457.9 KB |
| HYD FOR MEN - FL - Fictitious Assumed Na...on2.PDF | 463 KB |
| HYD PandL 1.2015 to 10.2016 cash, accrual.pdf | 127.2 KB |
| HYD Term Sheet.pdf | 7.4 MB |
| IK Emails.pst | 200.3 MB |
| JL Emails (lbe).pst | 12.6 MB |

2

| File | Size |
|---|---|
| JL Emails (lucasgroup).pst | 58.9 MB |
| KB Emails (lbe).pst | 9.9 MB |
| KB Emails (lucasgroup).pst | 15.8 MB |
| Logical Step email.pdf | 121.5 KB |
| ML Emails part 1.pst | 48.7 MB |
| ML Emails part 2.pst | 58.9 MB |
| ML Emails part 3.pst | 53.5 MB |
| ML Emails part 4.pst | 28.1 MB |
| scan0018.pdf | 4.6 MB |
| SE emails.pdf | 21.8 MB |
| Steven J. Edelstein LinkedIn 2.pdf | 790 KB |

Download Attachments

Jim Graham uses ShareFile to share documents securely. Learn More.

3