# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN J. EDELSTEIN<br>**Plaintiff**<br><br>v.<br><br>LUCAS BRAND EQUITY, LLC;<br>HYD USA, LLC; JAY LUCAS; KAREN BALLOU;<br>and LUCAS BRAND EQUITY LP<br>**Defendants** | CIVIL ACTION NO.:<br><br>3:16-cv-01353 (WWE) |

## SUPPLEMENTARY RESPONSES TO
## PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the Defendants Lucas Brand Equity LLC, Jay Lucas, and HYD USA, LLC (hereinafter "Defendants") submit these supplemental responses to the Plaintiff's First Set of Requests for Production as follows.

### REQUESTS FOR DOCUMENTS

1. Please produce all documents reflecting, referring or relating to the compensation and benefits identified in response to Interrogatory No. 2.

    Response: Produced.

2. Please produce all documents reflecting, referring or relating to the compensation agreement identified in response to Interrogatory No. 3.

    Response: Produced

2

3. Please produce all documents relied upon in responding to Interrogatory No. 4 and any other documents which reflect, refer or relate to the Second Defense set forth in your Answer dated October 11, 2016 or to the factual basis for your Second Defense.

Response:  Produced

4. Please produce all documents relied upon in responding to Interrogatory No. 5 and any other documents which reflect, refer or relate to the Third Defense set forth in your Answer dated October 11, 2016 or to the factual basis for your Third Defense.

Response:  Produced

5. Please produce all documents relied upon in responding to Interrogatory No. 6 and any other documents which reflect, refer or relate to the Fourth Defense set forth in your Answer dated October 11, 2016 or to the factual basis for your Fourth Defense.

Response:  Produced

6. Please produce all documents relied upon in responding to Interrogatory No. 7 and any other documents which reflect, refer or relate to the Fifth Defense set forth in your Answer dated October 11, 2016 or to the factual basis for your Fifth Defense.

Response:  Produced

7. Please produce all documents relied upon in responding to interrogatory No. 8 and any other documents which reflect, refer or relate to the Sixth Defense set forth in your Answer dated October 11, 2016 or to the factual basis for your Sixth Defense.

Response:  Produced.

8. Please produce all documents relied upon in responding to Interrogatory No. 9 and any other documents which reflect, refer or relate to the Seventh Defense set forth in your Answer dated October 11, 2016 or to the factual basis for your Seventh Defense.
Response: Produced

9. Please produce Defendant's job description for the position of Chief Operating Officer.
Response: Defendants did not locate any document constituting a formal job description.

10. Please produce all documents which set forth or describe the duties and responsibilities of the position of Chief Operating Officer.
Response: See Response 9.

11. Please produce all documents that support your claim that Plaintiff was not an employee of any of the Defendants.
Response: Produced

12. Please produce all documents that support your claim that Plaintiff was an independent contractor rather than an employee.
Response: Produced

13. Please produce Plaintiffs' complete personnel file.
Response: HYD did not maintain a personnel file for the Plaintiff, and Defendants have no such documents.

14. Please produce all documents reflecting benefits provided to Plaintiff at any time during his relationship with Defendants, including but not limited to summary plan descriptions

for health, dental, vision, retirement, 401k, profit sharing, employee stock option, and other similar plans and programs.

Response:  Defendants have no such documents.

15. Please produce all documents which refer or relate to the allegations set forth in Plaintiffs Complaint.

Response:  Produced

16. Please produce all documents which Defendant intends to introduce at trial in this matter.

Response:   Defendants have not yet decided which documents they intend to use at trial. This response will be supplemented when such decision is made and in connection with the pre-trial memorandum to be submitted in this case.

17. Please produce a copy of all versions of Defendants' handbook or other personnel policies that would have applied to Plaintiff at any time during his relationship with Defendants.

Response:   No such documents exist.

18. Please produce all performance reviews provided to the Plaintiff at any time.

Response:  No such documents exist.

19. Please produce all documents containing or referring to job duties established for or performed by the Plaintiff.

Response:     Produced.

20. Produce all documents which concern, reflect, or relate to Plaintiffs job performance, or which purport to concern, reflect or relate to Plaintiffs job performance, including but not

4

limited to, emails, performance reviews, verbal warnings, written warnings, and corrective plans.

Response: Produced

21. Please produce all e-mails, inter-office memos, and other communications between Defendants and/or their management and the Plaintiff which refer or relate to work being performed by the Plaintiff.

Response: Produced

22. Please produce all documents which you contend demonstrate that Defendants and its officers, directors, managers, or agents at all times acted in good faith and did not commit any willful violation of the FLSA in relation to the claims asserted in this lawsuit.

Response: Produced

23. Please produce all documents which you contend demonstrates that Defendants and its officers, directors, managers, or agents did not authorize or ratify any willful violation of the FLSA.

Response: Produced

24. Please produce all time records for the Plaintiff.

Response: Defendants have no such documents.

25. Please produce all records of payments made to the Plaintiff, including but not limited to all payroll records, copies of pay stubs, W-2s, 1099s, and/or other forms of payment made to Plaintiff.

Response: Produced

26. Please produce a copy of all insurance policies, riders, and contracts that relate to any insurance coverage which Defendants has which might satisfy some or all of any judgment that might be obtained by Plaintiff in this litigation.
Response: Defendants have no such documents.

27. Please produce all non-privileged documents, including but not limited to meeting minutes, notes, or other correspondence, which refer or relate to meetings held during which any of Plaintiff's allegations contained in his Amended Complaint were discussed.
Response: Produced.

28. Please produce all computer-stored data including but not limited to, program files, log files, cache files, cookies, deleted files, back-up files, e-mails, drafts of e-mails, documents, drafts of documents, calendars, travel schedules, schedules, voice mail transcriptions, spread sheets, and data base files, from the computers of any individual employed by Defendants which refer or relate to the allegations contained in Plaintiff's complaint.
Response: Produced.

29. Please produce any and all documents identified, referred to, and/or relied upon by Defendants in responding to the foregoing interrogatories.
Response: Produced

30. Please produce any and all documents not already produced that Defendant intends to use or rely upon in support of any of its Defenses.

Response: Defendants have not yet decided which documents they intend to use at trial. This response will be supplemented when such decision is made and in connection with the pre-trial memorandum to be submitted in this case.

OBJECTION: The Defendants object to the production of confidential and privileged communications between them and their attorneys relating to legal advice and strategy concerning this case. A list of such communications identified in searching the electronically stored information arguably relating to this case is attached hereto.

THE DEFENDANTS

/s/ *James C. Graham*
James C. Graham, Esq. (ct06064)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Tel: (203) 821-2000
jgraham@npmlaw.com

## CERTIFICATION

I hereby certify that on January 5, 2018 a copy of the foregoing Supplemental Production responses was served electronically on counsel for the plaintiff as follows:

Mr. William G. Madsen @   wmadsen@mppjustice.com
Mr. Todd D. Steigman   @  tsteigman@mppjustice.com
Ms. Magdalena B. Wiktor @   mwiktor@mppjustice.com
Ms. Claire M. Howard @   choward@mppjustice.com


/s/ *James C. Graham*
James C. Graham, Esq.
NEUBERT, PEPE & MONTEITH, P.C.

Edelstein / HYD Matter
Attorney Client Communictions

| Date | Type | Sender | Recipient | cc | Subject |
|---|---|---|---|---|---|
| 7/19/2016 | email | MP | RS | | Soliciting advice re responding |
| 7/19/2016 | email | RS | MP | | Obtaining advice re responding |
| 7/19/2016 | email | JL | RS, CP, IK, KB, MP | | Formulating response to P cou |
| 7/20/2016 | email | RS | JL, IK, MP, CP, KB | | Advice re dispute |
| 7/26/2016 | email | RS | JL | KB | Formulating response to P cou |
| 8/30/2016 | email | RS | WP, JL, IK, LP | | Retention |
| 9/1/2016 | email | LP | IK, MS | | Request for info |
| 9/1/2016 | email | L P | IK | | Case development |
| 9/2/2016 | email | JK | WP | | Retention |
| 9/2/2016 | email | WP | IK, LP | | Retention |
| 9/11/2016 | email | IK | LP | | Litigation Strategy |
| 9/12/2016 | email | LP | IK | | Strategy/advice |
| 9/13/2016 | email | LP | IK | | Strategy |
| 9/13/2016 | email | LP | IK, KB | | Case development |
| 9/15/2016 | email | WP | IK | | Retention |
| 9/16/2016 | email | WP | IK | | Retention |
| 9/28/2016 | email | IK | LP | | Litigation Strategy |
| 10/7/2016 | email | LP | JL, IK | | Discussion of pleading |
| 10/14/2016 | email | LP | JL, IK | | Lit planning and strategy |
| 10/27/2016 | email | LP | IK | JL | DOL claim |
| 10/28/2016 | email | IK | LP | JL | DOL claim |
| 10/31/2016 | email | LP | IK | JL | Edelstein depos, discovery |
| 11/1/2016 | email | LP | IK | | Advice |
| 11/3/2016 | email | LP | IK | JL | DOL claim |
| 11/3/2016 | email | LP | IK | JL | DOL claim |
| 11/8/2016 | email | LP | JL | IK | Edelstein depos, discovery |
| 11/15/2016 | email | IK | LP | | Strategy, Discharge |
| 11/16/2016 | email | WP | IK, LP | | Discharge |
| 12.6/2016 | email | LP | IK | | Transition, pleadings |
| 12/21/2016 | email | LP | IK | | Litigation advice |
| 12/27/2016 | email | BL | LP | JL, IK | Transition |
| 12/28/2016 | email | BL | LP, IK, JL | | Litigation conduct |
| 12/28/2016 | email | LP | BL | JL, IK | Edelstein litigation |
| 12/28/2016 | email | LP | JL | IK, BL | Edelstein litigation |
| 12/28/2016 | email | BL | JL, IK | | Retention |
| 12/28/2016 | email | LP | JL, BL, IK | | Edelstein litigation |
| 12/28/2016 | email | JL | LP, BL, IK | | litigation conduct, transition |
| 12/27/2016 | email | BL | LP,JL, IK | | Edelstein litigation |
| 12/27/2016 | email | JL | BL, IK | | Edelstein litigation |
| 1/3/2017 | email | BL | IK | | Edelstein Litigation |
| 1/3/2017 | email | BL | JL | | Retention |
| 1/8/2017 | email | BL | JL | | Retention, schedule |

| Date | Type | From | To | CC | Subject |
|---|---|---|---|---|---|
| 1/10/2017 | email | BL | JL | | Edelstein Litigation |
| 1/10/2017 | email | JL | BL | IK | Edelstein Litigation |
| 1/10/2017 | email | JL | BL | IK | Strategy |
| 1/11/2017 | email | BL | JL, IK | | Edelstein Litigation |
| 1/19/2017 | email | BL | JL | IK | Depo notices |
| 1/19/2107 | email | IK | BL | JL | Edelstein Litigation |
| 1/24/2017 | email | BL | JL, IK | | Edelstein discovery |
| 1/24/2017 | email | JL | BL, IK | | Edelstein discovery |
| 1/25/2017 | email | JL | BL, IK | | Edelstein discovery |
| 1/25/2017 | email | BL | JL, IK | | Edelstein discovery |
| 1/25/2017 | email | IK | BL | | discovery |
| 1/25/2017 | email | BL | JL, IK | | strategy |
| 1/25/2017 | email | BL | JL, IK | | discovery |
| 1/25/2017 | email | BL | IK | | discovery |
| 1/25/2017 | email | JL | BL | IK | Case development - Logical St( |
| 1/26/2017 | email | IK | BL | | discovery |
| 1/27/2017 | email | BL | JL | IK, VA, KB | PJR strategy |
| 1/27/2017 | email | JL | BL | IK, VA, KB | strategy request |
| 1/26/2017 | email | JL | IK | BL | discovery |
| 1/27/2017 | email | BL | JL | | upcoming pjr hrg |
| 1/27/2017 | email | JL | BL | IK, VA, KB | upcoming pjr hrg |
| 1/30/2017 | email | BL | IK | JL | call request |
| 1/31/2017 | email | IK | BL | | Litigation strategy |
| 1/31/2017 | email | BL | IK, JL | | discovery |
| 2/1/2017 | email | IK | BL | JL | doc request |
| 2/1/2017 | email | LP | JL, IK | BL | Edelstein litigation |
| 2/1/2017 | email | BL | JL, IK | | motion strategy |
| 2/1/2017 | email | IK | BL | JL, IK | motions, discovery |
| 2/3/2017 | email | BL | JL | IK | motion to quash |
| 2/3/2017 | email | JL | BL | IK | motion to quash |
| 2/6/2017 | email | JL | BL | VA, IK | Scheduling |
| 2/7/2017 | email | BL | JL | | Advice re FLSA |
| 2/7/2017 | email | BL | JL, IK | | RE motion for judgment |
| 2/7/2017 | email | BL | JL | | RE CT pjr's |
| 2/8/2017 | email | JL | BL | | Settlement |
| 2/9/2017 | email | BL | JL, IK | | Ptf's damage analysis |
| 2/9/2017 | email | BL | JL | | Discovery, strategy, settlemen |
| 2/9/2017 | email | VA | BL | | Hearing strategy, scheduling |
| 2/20/2017 | email | BL | JL, IK | | Hearing strategy |
| 2/23/2017 | email | BL | JL, IK | | fyi, litigation hold |
| 2/23/2017 | email | JL | BL, IK | VA | Hearing |
| 3/2/2017 | email | BL | JL, IK | | Discovery, strategy |
| 3/2/2017 | email | VA | BL | | Scheduling |
| 3/3/2017 | email | BL | JL, IK | VA | Discovery, engagement |
| 3/3/2017 | email | IK | BL | | Engagement, scheduling |
| 3/3/2017 | email | BL | IK | | Scheduling |
| 3/3/2017 | email | BL | VA, IK, JL | | Engagement |

| Date | Type | From | To | CC | Subject |
|---|---|---|---|---|---|
| 3/3/2017 | email | BL | JL, IK | | Engagement |
| 3/8/2017 | email | BL | JL, IK | | engagement |
| 3/8/2017 | email | JL | BL | | Engagement |
| 3/10/2017 | email | BL | JL, IK, VA | | Engagement |
| 3/10/2017 | email | JL | BL | | Engagement |
| 3/10/2017 | email | VA | BL | | Scheduling |
| 3/10/2017 | email | BL | VA | JL, IK | Scheduling |
| 3/18/2017 | email | BL | IK, JL | | Skin care product matters |
| 3/21/2017 | email | IK | BL | JL, IK | Legal advice duty of loyalty |
| 3/28/2017 | email | IK | BL | JL, IK | re discovery responses |
| 3/29/2017 | email | BL | JL, IK, VA | | Edelstein litigation |
| 3/29/2017 | email | BL | JL, IK, VA | | Hrg related matters |
| 3/29/2017 | email | BL | JL, IK | | Payment of Invoice |
| 3/30/2017 | email | BL | JL | IK, VA | Deposition advise |
| 3/30/2017 | email | BL | ML, JL, IK | | Payment for transcript |
| 4/4/2017 | email | BL | IK | | scheduling |
| 4/10/2017 | email | BL | IK | | discovery |
| 4/14/2017 | email | BL | JL,IK, VA | | motion to dismiss |
| 4/15/2017 | email | BL | JL, IK, VA | | Status update |
| 4/20/2017 | email | BL | IK, JL | | PJR briefing |
| 4/21/2017 | email | BL | JL, IK | | Discovery, strategy |
| 4/25/2017 | email | BL | JL, IK | | Discovery issues, status |
| 4/26/2017 | email | BL | JL, IK | | Update, strategy |
| 4/27/2017 | email | BL | JL, IK | | Update, strategy |
| 5/2/2017 | email | BL | JL,IK, VA | | Motion to quash, strategy |
| 5/2/2017 | email | BL | JL | | Edelstein discovery |
| 5/2/2017 | email | BL | JL | | Discovery issues, status |
| 5/3/2017 | email | BL | JL | | discovery |
| 5/4/2017 | email | BL | JL | | discovery |
| 5/4/2017 | email | JL | BL | | discovery |
| 5/4/2017 | email | KB | BL, JL, IK | | scheduling |
| 5/6/2017 | email | BL | JL | | scheduling |
| 5/9/2017 | email | IK | BL | | Discovery |
| 5/9/2017 | email | BL | IK | | discovery |
| 5/9/2017 | email | BL | VA | IK, JL | documents |
| 5/11/2017 | email | BL | JL, VA, KB | | deposition |
| 5/11/2017 | email | BL | JL, IK, KB | | thoughts on settlement |
| 5/12/2017 | email | BL | JL | | deposition |
| 5/16/2017 | email | BL | JL, VA, KB | | deposition |
| 5/17/2017 | email | IK | BL, JL, IK | | motion to dismiss |
| 5/17/2017 | email | BL | JL, IK | | disclosure content |
| 5/18/2017 | email | BL | JL, VA, IK | | Discovery |
| 5/30/2017 | email | JL | BL, IK, VA | | Depo prep |
| 5/30/2017 | email | JL | BL, IK , VA | | Deposition scheduling |
| 5/30/2017 | email | BL | JL, IK, VA | | Deposition procedure, timing |
| 5/31/2017 | email | BL | JL | VA, IK | Depo prep |
| 6/2/2017 | email | BL | JL, IK, VA | | Depo prep |

| Date | Type | From | To | CC | Description |
|---|---|---|---|---|---|
| 6/2/2017 | email | BL | VA, JL | IK, JL | Depo scheduling, strategy |
| 6/3/2017 | email | BL | JL, IK | | Discuss Mag Judge opinion |
| 6/4/2017 | email | JL | BL | | Mag Judge Opinion |
| 6/4/2017 | email | BL | JL | VA, IK | Depos, meeting |
| 6/4/2017 | email | BL | VA | IK, JL | Meeting |
| 6/5/2017 | email | BL | JL, IK | | Discovery |
| 6/7/2017 | email | BL | VA | IK, JL | doc prodcution |
| 6/10/2017 | email | BL | JL | | Addition of party |
| 6/16/2017 | email | BL | JL | | Lit status report |
| 6/20/2017 | email | BL | JL, VA, JS, KB | | Meeting, case status |
| 6/21/2017 | email | BL | BK, JL, JS | | Rule 68 offer status |
| 6/27/2017 | email | BL | JL, KB, IK, JS | | Discovery order |
| 6/28/2017 | email | JL | BL, KB, IK, JS | | Case prep and strategy |
| 6/29/2017 | email | JL | BL, JS, | KB | Claims / Specfic Beauty activity |
| 6/29/2017 | email | JL | BL, JS, | KB | Misappoprition claims |
| 6/29/2017 | email | BL | JL | JS, KB | email string raising q's re what |
| 6/30/2017 | email | KB | BL | | Addition of KB as party |
| 7/3/2017 | email | KB | BL, JL, | | SE post-suit activities |
| 7/13/2017 | email | BL | JL, IK, KB | | Motion to dismiss, discussion |
| 7/18/2017 | email | BL | JL, KB, IK, JS | | Strategy; next steps |
| 7/18/2017 | email | JL | BL | | Meeting for update |
| 7/20/2017 | email | BL | VA | IK, JL, JS | Scheduling |
| 7/25/2017 | Email | BL | VA | | Fact development re payment |
| 7/25/2017 | email | BL | IK JS | | Case discussion |
| 7/26/2017 | email | MS | BL | | Info re payments to Logical Ste |
| 7/26/2017 | email | BL | KB | JL | string of emails re payments to |
| 7/26/2017 | email | BL | JL, KB | | Strategy re settlement |
| 7/26/2017 | email | IK | BL | | Feedback re stategy |
| 7/27/2017 | email | BL | JL, IK, KB | | Settlement, atty fee elements |
| 7/27/2017 | email | BL | JB, IK, KB | VA | Case valuation/ settlement |
| 7/27/2017 | email | BL | VA | | String re discovery issues, com |
| 7/27/2017 | email | BL | KB, JL, IK, VA | | Counsel change |
| 7/27/2017 | email | JL | KB, BL | | Counsel issues |
| 7/28/2017 | email | VA | BL | | Edelestein Allegationj docume |
| 7/28/2017 | email | IK | BL | IK, JL, KB, V | document retrieval |
| 7/28/2017 | email | BL | JL, KB | | service waiver |
| 7/28/2017 | email | KB | BL, JL | | Request for action plan |
| 7/28/2017 | email | JL | BL | KB, IK | Request clarification re bond |
| 7/29/2017 | email | BL | JL, KB, VA | | Bond information |
| 7/29/2017 | email | BL | KB, VA | | Advice, scheduling |
| 7/31/2017 | email | BL | JL, KB, VA, JS | | Stategy re settlement conferei |
| 7/31/2017 | email | JL | BL | | dates for settlement conf. |
| 7/31/2017 | email | BL | JL | KB, VA, JS, | notice re sett. Conf |
| 7/31/2017 | email | BL | KB, JL | | Ptf's privilege log |
| 8/3/2017 | email | KB | BL | | PTF divorce, impact |
| 8/11/2017 | email | KB | BL | | Waiver docs |
| 8/11/2017 | email | BL | KB | | Mtg request |

| Date | Type | From | To | CC | Subject |
|---|---|---|---|---|---|
| 8/23/2017 | email | BL | VA | KB, JL | Advice re waiver of service |
| 8/27/2017 | email | KB | BL | | Info re sett. Conf. |
| 8/27/2017 | email | BL | KB | JL, VA | Conf. prep. |
| 8/29/2017 | email | BL | JH, JL, KB | | Communications with KB throu |
| 8/29/2017 | email | BL | JL | | Discussion of strategy |
| 8/30/2017 | email | BL | JL | | Discussion of stategy, to do ite |
| 8/30/2017 | email | BL | JL | | Discovery compliance |
| 9/5/2017 | email | BL | JL | | Action items |
| 9/5/2017 | email | BL | JL | | interrogatory compliance |
| 9/6/2017 | email | BL | JL | | LP representation |
| 9/6/2017 | email | BL | JL | | Withdrawal |
| 9/6/2017 | email | BL | JL | | Restrictions on direct settleme |
| 9/6/2017 | email | JL | BL | | Discovery compliance |
| 9/6/2017 | email | BL | JL | | LP representation |
| 9/7/2017 | email | BL | JL | | Advice re LP claims |
| 9/22/2017 | email | JG | JL | SA | Litigation strategy |
| 9/21/2017 | email | IK | SA | IK, JL, JG | Meeting with substitute couns |
| 9/22/2017 | email | JG | JL, KB | SA | Case development |
| 9/26/2017 | email | BL | JL, SA | | Withdrawal notice |

JL- Jay Lucas
KB- Karen Ballou
RS - Richard Shreman
LP -Lawrence Peikes
WP- Wm. Perrone
IK - Ian Knowles
BL- Brian Lehman
JG - J Graham
SA- Allentuch
VA - V. Agustin
ML - Mike Lanzara
MP - Megaly Plaza
CP -Cavan Pohlschroeder