UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN J. EDELSTEIN<br>    Plaintiff | CIVIL ACTION NO.<br><br>3:16-cv-01353 (WWE) |
| v. | |
| LUCAS BRAND EQUITY, LLC, et al.,<br>    <u>Defendants</u> | JANUARY 12, 2018 |

## MOTION, ON CONSENT, FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the defendants Lucas Brand Equity LLC, HYD USA, LLC, Jay Lucas, Karen Ballou, and Lucas Brand Equity LP, through their undersigned counsel, hereby request, with the consent of the Plaintiff Steven J. Edelstein, a modification of the current Scheduling Order (Doc. 93) extending the close of discovery from January 15, 2018 to March 1, 2018, and the deadline for the filing of dispositive motions from March 15, 2018 to May 1, 2018.

By the Court's Order, discovery in this matter is scheduled to close on January 15, 2018, and dispositive motions are due by March 15, 2018. However, due to the following circumstances, it is unlikely that discovery will be completed by the current deadline, to wit:

    1.    Defendants' former counsel, Brian Lehman, withdrew from the case in late September 2017.  New counsel, Neubert Pepe & Monteith PC, required additional time to familiarize itself with the matter and address outstanding issues in the case, a

1

situation complicated on November 16, 2017 by the unexpected resignation from the Neubert firm of the attorney initially assigned to spearhead the litigation.

2. The defendants Lucas Brand Equity LLC, HYD USA, LLC, Jay Lucas produced to plaintiff a significant volume of deferred discovery in this matter on December 22, 2017.

3. Both plaintiff and defendants served additional document requests and/or interrogatories on December 15, 2017 and December 14, 2017, respectively, which have yet to be responded to.

4. The parties completed several depositions during the week of January 8, 2018, but, despite good faith cooperation, were unable to schedule additional depositions of one party and one non-party witness.

5. The plaintiff's time to respond to defendants' answer and counterclaims in this matter has been extended to January 24, 2018, and discovery related thereto is likely to be required.

6. Despite good faith efforts, the parties cannot complete discovery by the time required by the current deadlines.

7. This is the second request for an extension of these deadlines.[1]  The plaintiff Steven J. Edelstein consents to the current request for extension of these deadlines.

---

[1] An initial request (Doc. 79) was made by the plaintiff Steven Edelstein, with the consent of the then-appearing defendants Lucas Brand Equity LLC, HYD USA, LLC and Jay Lucas on July 17, 2017; the request was denied without prejudice (Doc. 89) with the current schedule implemented pursuant to an agreement reached among the parties at a settlement conference conducted on August 28, 2017 and endorsed by the Court (Doc. 93).

Wherefore, defendants Lucas Brand Equity LLC, HYD USA, LLC, Jay Lucas, Karen Ballou, and Lucas Brand Equity LP, request an extension of the deadline for completing discovery until March 1, 2018, and for filing dispositive motions until May 1, 2018.

**The DEFENDANTS**

By: */s/ James C. Graham*
James C. Graham (ct06064)
Neubert, Pepe & Monteith, PC
195 Church Street, 13th Floor
New Haven CT 06510
(203) 821-2000 — Telephone
(203) 821-2009 — Facsimile
**Attorneys for Defendants**
jgraham@npmlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 12th day of January 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ James C. Graham*

---

This is the first request for an extension of these deadlines being made by the later-appearing defendants Karen Ballou and Lucas Brand Equity LP.