UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEVEN J. EDELSTEIN**          :<br>    Plaintiff                                      :<br>                                                     :<br>**v.**                                              :<br>                                                     :<br>**LUCAS BRAND EQUITY, LLC, et al.** :<br>                                                     :<br>    **Defendants**                          : | **CIVIL ACTION NO.:**<br><br>**3:16-cv-01353 (WWE)**<br><br><br><br><br>**FEBRUARY 13, 2018** |

## JOINT MOTION TO STAY PENDING MEDIATION

Pursuant to Rule 7 of the Local Rules of the District of Connecticut, Plaintiff, Steven J. Edelstein, and Defendants, Lucas Brand Equity, LLC, HYD USA, LLC, Jay Lucas, Karen Ballou, and Lucas Brand Equity, LLP, (hereinafter referred to collectively as "the parties"), through their undersigned counsel, hereby request that the Court stay this case pending the outcome of mediation.

The parties have been engaged in discussions, through counsel, regarding the resolution of this matter and have agreed to pursue private mediation. While the parties are pursuing mediation, they would like to avoid the accumulation of additional litigation costs and legal fees and expenses associated with additional discovery and depositions. Since the deadline for completion of discovery is March 1, 2018, and the parties are currently due to exchange additional discovery responses on February 14, 2018, if discovery is not stayed, the parties will be required to spend additional time and resources completing costly depositions and responding to additional discovery requests at the same time that they are trying to pursue mediation. Given that one of

**ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

the reasons why the parties are interested in pursuing mediation is to avoid further litigation expenses and legal fees and costs, staying this case at this time would both enhance the chances that the mediation will be successful and help to achieve the goals of Rule 1 of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 1 (Rules should be construed and administered "to secure the just, speedy, and inexpensive determination of every action and proceeding.")

Thus, for the reasons set forth herein, the parties jointly move for the Court to stay this matter while the parties pursue mediation.

If this motion is granted, the parties agree to provide the Court with status reports regarding their mediation efforts at least every 30 days, and the parties will provide timely notification to the Court regarding the results of the mediation after it concludes.

Also, if mediation does not result in the resolution of this case, the parties would request that the Court provide a reasonable period of time for them to complete remaining discovery.

PLAINTIFF,
STEVEN EDELSTEIN

By: ____/s/ Todd Steigman_____
Todd Steigman (ct26875)
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford CT 06103
(860) 246-2466 – Telephone
(860) 246-1794 – Facsimile
Attorneys for the Plaintiff
tsteigman@mppjustice.com

DEFENDANTS,
LUCAS BRAND EQUITY, LLC, HYD USA, LLC,
JAY LUCAS, KAREN BALLOU and LUCAS BRAND EQUITY, LP.

By: *James C. Graham*
James C. Graham (ct06064)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Tel: (203) 821-2000
Fax: (203)821-2009

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 13th day of February, 2018, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*/s/ Todd Steigman*