**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **STEVEN J. EDELSTEIN**     : | **CIVIL ACTION NO.:** |
|     Plaintiff                       : | |
|                                       : | **3:16-cv-01353 (WWE)** |
| v.                                             : | |
|                                       : | |
| **LUCAS BRAND EQUITY, LLC, et al.**  : | |
|                                       : | |
|     <u>Defendants</u>          : | **MARCH 22, 2018** |

## JOINT STATUS REPORT

Pursuant to this Court's Order of February 22, 2018 (Doc. 132), Plaintiff, Steven J. Edelstein, and Defendants, Lucas Brand Equity, LLC, HYD USA, LLC, Jay Lucas, Karen Ballou, and Lucas Brand Equity, LLP, (hereinafter referred to collectively as "the parties"), through their undersigned counsel, hereby file this Joint Status Report.

The parties have been engaged in discussions, through counsel, regarding the resolution of this matter, and have agreed to pursue private mediation. This mediation has been scheduled with Judge Elaine Gordon (Ret.) of Gordon ADR for April 16, 2018. While the parties are pursuing mediation, discovery has been stayed per this Court's Order of February 22, 2018 (Doc. 132), granting the parties' join motion for stay of February 13, 2018 (Doc. 131).

The parties have agreed to provide the Court with status reports regarding their mediation efforts at least every 30 days, and will provide timely notification to the Court regarding the results of the mediation after it concludes.

PLAINTIFF,
STEVEN EDELSTEIN


By:  */s/ Todd Steigman*
     Todd Steigman (ct26875)
     Madsen, Prestley & Parenteau, LLC
     402 Asylum Street
     Hartford CT 06103
     (860) 246-2466 – Telephone
     (860) 246-1794 – Facsimile
     Attorneys for the Plaintiff
     tsteigman@mppjustice.com


DEFENDANTS,
LUCAS BRAND EQUITY, LLC, HYD USA, LLC,
JAY LUCAS, KAREN BALLOU and LUCAS BRAND EQUITY, LP.

By: *James C. Graham*
James C. Graham (ct06064)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Tel: (203) 821-2000
Fax: (203)821-2009


**CERTIFICATION OF SERVICE**

    I hereby certify that on this 22nd day of March, 2018, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.


                      */s/ Todd Steigman*