UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN J. EDELSTEIN | : | CASE NO. 3:16-CV-01353 (WWE) |
|          Plaintiff, | : | |
| V. | : | |
| | : | |
| LUCAS BRAND EQUITY, LLC, | : | |
| HYD USA, LLC, JAY LUCAS, | : | |
| KAREN BALLOU AND LUCAS | : | |
| BRAND EQUITY, LP | : | |
|          Defendants. | : | APRIL 12, 2019 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Steven J. Edelstein, and the Defendants, Lucas Brand Equity, LLC, HYD USA, LLC, Jay Lucas, Karen Ballou and Lucas Brand Equity, LP, hereby stipulate that the above-captioned action be dismissed <u>with prejudice and without costs or fees to any party</u>.

THE PLAINTIFF

By: _____/s/Todd Steigman_____
     Todd Steigman, Esq. (ct26875)
     tsteigman@mppjustice.com
     MADSEN, PRESTLEY &
     PARENTEAU,   LLC
     402 Asylum Street
     Hartford, CT 06103
     Tel: 860.246.2466
     Fax: 860.246.1794

THE DEFENDANTS

By:_____/s/ James C. Graham_____
     James C. Graham, Esq. (ct06064)
     jgraham@npmlaw.com
     NEUBERT, PEPE & MONTEITH, P.C.
     195 Church Street, 13th Floor
     New Haven, CT  06510
     Tel: 203.821.2000
     Fax: 203.821.2009

## CERTIFICATION

I hereby certify that on April 12, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James C. Graham*
James C. Graham